# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Patricia Mengesha,

                      *Plaintiff,*

v.                                                    Case No. 0:18−cv−00279−WMW−SER

Bitconnect International PLC, et al.,

                      *Defendant.*

## SUMMONS IN A CIVIL ACTION

To: Bitconnect LTD

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Robert K Shelquist
        100 Washington Ave S Ste 2200
        Mpls, MN
        55401−2179

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*        By:

                                                  Signature of Clerk or Deputy Clerk

                                                  Katie Thompson

Date of Issuance:  January 31, 2018

Mengesha, et. al., Plaintiff(s)
vs.
Bitconnect International Plc, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171
CivilActionGroup.com
APS File: 279459-2

## AFFIDAVIT OF SERVICE ON A CORPORATION

Service in a foreign country pursuant to Article 10 of the Hague Service Convention

--Bitconnect Ltd.
Court Case No. 0:18-cv-00279

**Law Firm Requesting Service:**
LOCKRIDGE, GRINDAL & NAUEN
Ms. Kelly J. LeRoy
100 Washington Ave. S., Ste. 2200
Minneapolis, MN 55401-2179

**Name of Server:** Chris Read, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service:** that on 16-Mar-2018 03:15 pm

**Place of Service:** The Panorama, Park Street, Ashford, England, TN24 8EZ

**Documents Served:** the undersigned served the documents described as:
Summary of the Document to be Served, Summons in a Civil Action, Class Action Complaint

**Service of Process on, Person Served, and Method of Service:** A true and correct copy of the aforesaid document(s) was served on:
Bitconnect Ltd.
By delivering them into the hands of an officer, managing agent, or other person authorized to accept service of process, whose name and title is
Caroline Savignon, Receptionist

The documents were served at the registered office address for Bitconnect Ltd. The address is a Regus business serviced office. The Receptionist did not recognize the name Bitconnect Ltd. and there was no record of it in the reception records. The Receptionist said she would refer the matter to her manager.

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F** ; Skin Color **Caucasian** ; Hair Color **Brown** ; Facial Hair _____
Approx. Age **50** ; Approx. Height **5'00"** ; Approx. Weight **140 lbs**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

Subscribed and sworn to before me this
4 day of APRIL, 2018

_____  DOES NOT EXPIRE
Notary Public  (Commission Expires)

Benjamin Christopher Wise
Notary Public
53 Clapham High Street
Clapham
London SW4 7TN
England



# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Patricia Mengesha,

                            *Plaintiff,*

v.                                                                   Case No. 0:18−cv−00279−WMW−SER

Bitconnect International PLC, et al.,

                            *Defendant.*

## SUMMONS IN A CIVIL ACTION

To: Bitconnect Trading LTD

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Robert K Shelquist
        100 Washington Ave S Ste 2200
        Mpls, MN
        55401−2179

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*         By:

                                                            Signature of Clerk or Deputy Clerk

                                                Katie Thompson

Date of Issuance:   January 31, 2018

Mengesha, et. al., Plaintiff(s)
vs.
Bitconnect International Plc, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171
CivilActionGroup.com
APS File: 279459-3

Law Firm Requesting Service:
LOCKRIDGE, GRINDAL & NAUEN
Ms. Kelly J. LeRoy
100 Washington Ave. S., Ste. 2200
Minneapolis, MN 55401-2179

## AFFIDAVIT OF SERVICE ON A CORPORATION

Service in a foreign country pursuant to Article 10 of the Hague Service Convention

--Bitconnect Trading Ltd.
Court Case No. 0:18-cv-00279

| | |
|---|---|
| **Name of Server:** | John Fielden, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action; |
| **Date/Time of Service** | that on 22-Mar-2018 12:38 pm |
| **Place of Service:** | 23 St. Elizabeth Avenue, Bootle, England, L20 6FA |
| **Documents Served:** | the undersigned served the documents described as: Summary of the Document to be Served, Summons in a Civil Action, Class Action Complaint |
| **Service of Process on, Person Served, and Method of Service:** | A true and correct copy of the aforesaid document(s) was served on: Bitconnect Trading Ltd. By delivering them into the hands of an officer, managing agent, or other person authorized to accept service of process, whose name and title is Thomas Forshaw, Director |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows: Sex M ; Skin Color Caucasian ; Hair Color Black ; Facial Hair ___ Approx. Age 35 ; Approx. Height 6'00" ; Approx. Weight 182 lbs ☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| **Signature of Server:** | Undersigned declares under penalty of perjury that the foregoing is true and correct. *[signature]* Signature of Server | Subscribed and sworn to before me this 5th day of April, 2018 *[signature]* Notary Public (Commission ~~Expires~~) IS FOR LIFE |

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

COLIN ROWE NOTARY PUBLIC
Pall Mall Court, 61-67 King Street
Manchester M2 4PD United Kingdom
+44 (0) 777 444 0024



# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Patricia Mengesha,

                            *Plaintiff,*

v.                                                            Case No. 0:18−cv−00279−WMW−SER

Bitconnect International PLC, et al.,

                            *Defendant.*

## SUMMONS IN A CIVIL ACTION

To: Bitconnect International PLC

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Robert K Shelquist
        100 Washington Ave S Ste 2200
        Mpls, MN
        55401−2179

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*        By:

                                                            Signature of Clerk or Deputy Clerk

                                           Katie Thompson

Date of Issuance:   January 31, 2018



1

Mengesha, Plaintiff
vs.
Bitconnect International Plc. et al., Defendants

Service of Process by
APS International, Ltd.
1-800-328-7171
CivilActionGroup.com

APS File: 279459-1

# AFFIDAVIT OF SERVICE ON A BUSINESS ENTITY

Law Firm Requesting Service:
LOCKRIDGE, GRINDAL & NAUEN
Ms. Kelly J. LeRoy
100 Washington Ave. S., Ste. 2200
Minneapolis, MN 55401-2179

Bitconnect International Plc
**Court Case No. 0:18-cv-00279**

**NOTARY PUBLIC**

| | |
|---|---|
| **Name of Server:** | Wayne Reynolds, undersigned, being duly sworn, deposes and says that at the time of service, he/she was over the age of twenty-one, was not a party to this action; |
| **Date/Time of Service:** | that on **19 March 2018** at **01:15 pm** |
| **Place of Service:** | **Companies House, Crown Way, Cardiff, CF14 3UZ United Kingdom** |
| **Documents Served:** | the undersigned served the documents described as: *Summary of the Document to be Served; Summons in a Civil Action; Class Action Complaint.* |
| **Service of Process on, Person Served, and Method of Service;** | A true and correct copy of the aforesaid document(s) was served on: **Bitconnect International Plc**<br><br>by delivering them into the hands of an officer, managing agent, or other person authorized to accept service of process, whose name and title is: **Receptionist**.<br>The adult female receptionist took the documents from me. The receptionist refused to provide her name, she stated it was "not practice at Companies House". She provided a receipt for receiving the documents dated 19 March 2018 (the receipt is attached to this affidavit as Exhibit A). The receptionist is described as follows: Sex: Female; Skin Color: Caucasian; Hair Color: Brown; Approximate Age: 40; Approximate Weight: 112 lbs.<br><br>I also attended the Bassaleg Post office, 34 Caerphilly Road, Bassaleg, Newport NP10 8LE, on |



2

Tuesday the 20th day of March 2018 at 3:39pm and sent off a copy of the documents (*Summary of the Document to be Served*, *Summons in a Civil Action* and *Class Action Complaint*) in an envelope marked for Bitconnect International Plc, 10948031: Companies House Default Address, PO Box 4385, Cardiff CF14 8LH. The reference tracking number for this Royal Mail Signed For™ delivery is: GQ203437056GB. Delivery confirmation of this tracking number from the Royal Mail website shows this package was delivered/signed for the 24th day of March 2018 at 6:40am (Proof of Delivery printout from the Royal Mail website is attached to this affidavit as Exhibit B).;

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this \_\_11th\_\_ day of \_\_APRIL\_\_, 2018.

_____
Notary Public    (Commission Expires)

CHRISTOPHER JOHN COATES
NOTARY PUBLIC
ENGLAND & WALES

COATES & COMPANY LTD
12 Cathedral Road
Cardiff
CF11 9LJ
Tel: 02920098756
Email: chris@coatescompany.co.uk

2018/149

THIS IS "EXHIBIT A" REFERRED TO IN THE AFFIDAVIT OF SERVICE MADE BY WAYNE REYNOLDS BEFORE ME AT CARDIFF, UNITED KINGDOM THIS 11th DAY OF APRIL 2018

*[signature]*

CHRISTOPHER JOHN COATES
NOTARY PUBLIC
ENGLAND & WALES

COATES & COMPANY LTD
12 Cathedral Road
Cardiff
CF11 9LJ
Tel: 02920098756
Email: chris@coatescompany.co.uk

# Exhibit A



Companies House
**RECEIVED**



19 MAR 2018

THIS IS "EXHIBIT B" REFERRED TO IN THE AFFIDAVIT OF SERVICE MADE BY WAYNE REYNOLDS BEFORE ME AT CARDIFF, UNITED KINGDOM THIS 11th DAY OF APRIL 2018

*[signature]*

CHRISTOPHER JOHN COATES
NOTARY PUBLIC
ENGLAND & WALES

COATES & COMPANY LTD
12 Cathedral Road
Cardiff
CF11 9LJ
Tel: 02920098756
Email: chris@coatescompany.co.uk

# Exhibit B

f Delivery                                                                 https://www.royalmail.com/track-your-item#/tracking-results/GQ2034..



# Track your Item

## Proof of Delivery

Tracking no. GQ203437056GB

Your item with reference GQ203437056GB was delivered from our NORTH CARDIFF Delivery Office on 24/03/18 .

Signed for by: PRICE

Service used: Royal Mail Signed For™

Delivered: 6:40am